UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| STRIKE 3 HOLDINGS, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOHN DOE subscriber assigned ) <br> IP address 131.106.39.144, ) <br> ) <br> Defendant. ) <br> ) | Civil Case No. 5:21-cv-05527-JLS |

~~PROPOSED~~ ORDER ON PLAINTIFF'S MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL, MAINTAIN PSEUDONYM IDENTIFIER IN CASE CAPTION, AND FOR EXTENSION OF TIME WITHIN WHICH TO EFFECTUATE SERVICE OF PROCESS

AND NOW, this  29TH  day of  March , 202 2 , it is **ORDERED** that Plaintiff's Motion (1) for leave to file Plaintiff's unredacted Amended Complaint, Amended Civil Cover Sheet, Proposed Summons, and Proof of Service/Waiver of Service under seal; (2) for an order directing the Clerk of the Court to maintain a pseudonym identifier in case caption; and (3) for an extension of time within which to effectuate service of process is **GRANTED** as follows:

1. The Motion for an Extension of Time Within Which to Effectuate Service of Process is **GRANTED**. Plaintiff must serve Defendant a summons and Amended Complaint **on or before May 16, 2022**.

2. The Motion for Leave to File Documents Under Seal and Maintain Pseudonym Identifier in Case Caption is **GRANTED** as follows:

   a. The caption of the case and all documents containing Defendant's name, address, alleged connections between Defendant's social media and their alleged BitTorrent activity, and/or the names and addresses of any person associated with

Defendant **must be filed under seal temporarily**. Any document filed under seal shall also be sent via e-mail to Chambers the same day as filing. A redacted version of all documents must be filed and made publicly available. Accordingly:

i. Plaintiff is granted leave to file an unredacted version of its Amended Complaint, Amended Civil Cover Sheet, Proposed Summons, and any Proof of Service/Waiver of Service under seal. Plaintiff must file a redacted version of the Amended Complaint, Amended Civil Cover Sheet, and Proof of Service/Waiver of Service on the docket.

ii. The Clerk of the Court shall provide a copy of the sealed Amended Complaint (with attachments) and sealed Amended Civil Cover Sheet to Plaintiff's counsel, via email, to effectuate service.

iii. The Clerk of Court shall file the approved summons under seal and provide a copy to Plaintiff's counsel, via email, to effectuate service.

iv. The Clerk of Court shall maintain the caption of this case identifying Defendant as "John Doe subscriber assigned IP address 131.106.39.144."

b. If Defendant would like his/her personal identifying information to remain under seal, **Defendant must file a motion to proceed anonymously on or before thirty days after his/her entry of appearance**. All information will remain under seal until the Court decides any such motion. If Defendant does not file a motion to proceed anonymously, the Court will lift the seal.

/s/ Jeffrey L. Schmehl
**THE HONORABLE JEFFREY L. SCHMEHL**
**UNITED STATES DISTRICT JUDGE**